FIDELITY TRUST COMPANY OF NEW YORK, Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

(Argued November 22, 1932; decided December 13, 1932.)

*Oscar R. Houston* and *Donald A. Gray* for appellant.
*William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.